IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 28 PM 3:32
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| EDWARD SMITH, as Conservator of SUE NELL SMITH, an incapacitated person, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 05-2106 BV |
| KINDRED NURSING CENTER LIMITED PARTNERSHIP d/b/a Cordova Rehabilitation and Nursing Center; KINDRED HEALTHCARE SERVICES, INC.; and KINDRED HEALTHCARE OPERATING, INC.; NEICIE J. MCKINION, in her capacity as Administrator of Cordova Rehabilitation and Nursing Center; KATHERINE A. BERRY, her capacity as Administrator of Cordova Rehabilitation and Nursing Center; FRANK D. LAMIER, in his capacity as Administrator of Cordova Rehabilitation and Nursing Center; JAMES W. FREEMAN, in his capacity as Administrator of Cordova Rehabilitation and Nursing Center, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S FULL COMPLIANCE WITH RULE 26(a)(2)(B) AND TO AMEND THE SCHEDULING ORDER TO ALLOW DEFENDANTS ADDITIONAL TIME FOR THEIR DISCLOSURE OF EXPERT TESTIMONY**

Before the court is the October 24, 2005 motion of the defendants to strike the plaintiff's initial Rule 26(a)(2)

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-31-05

58

disclosure of expert witnesses. In the alternative, the defendants ask the court to compel the plaintiff to fully comply with Rule 26(a)(2)(B) and to amend the scheduling order to provide that the defendants' disclosure of Rule 26 expert information will be due thirty (30) days after the receipt of such proper disclosures from the plaintiff. Finally, the defendants ask the court to award expenses and attorney fees.

The certificate of consultation filed with the defendants' motion indicates that, although the plaintiff does not agree to the motion to strike, the plaintiff does agree to amend the scheduling order to allow the plaintiff additional time to serve an expert disclosure in compliance with Rule 26(a)(2)(B) and to provide that the defendants' disclosure of Rule 26 expert information will be due thirty (30) days after the receipt of such disclosure.

Because the parties so agree, the defendants' motion to compel the plaintiff's full compliance with Rule 26(a)(2)(B) is granted. The plaintiff is directed to provide the defendants with a disclosure of expert witnesses that fully complies with Rule 26(a)(2)(B) by Friday, November 11, 2005. The scheduling order is hereby amended to reflect that the defendants' disclosure of Rule 26 expert information is due thirty (30) days after service of the plaintiff's disclosures.

The defendants' motion to strike the plaintiff's expert

2

disclosures is therefore denied. The defendants' request for attorney fees and expenses is also denied. Each party shall bear its own fees and expenses.

IT IS SO ORDERED this 28th day of October, 2005.

/s/ Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:05-CV-02106 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Lisa E. Circeo
WILKES & McHUGH, P.A.- Nashville
2100 West End Plaza
Ste. 640
Nashville, TN

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Daryl J. Brand
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

William Lee Maddux
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

T. Ryan Malone
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Honorable J. Breen
US DISTRICT COURT